**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                             )<br>                                                              )<br>      v.                                                 )       Criminal Action No. 16-61-GMS-1<br>                                                              )<br>JOSHUA RUTHERFORD,                  )<br>                                                              )<br>            Defendant.                        )  | |

**ORDER**

At Wilmington this 9TH day of January, 2018, having been advised by counsel that the defendant intends to enter a plea of guilty,

IT IS ORDERED that a change of plea hearing is scheduled for **Wednesday, February 21, 2018 at 2:00 p.m.** in Courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the February 21, 2018 plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE